UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MEDICINES COMPANY, | Civil Action No. 3:13-cv-02801-PGS-DEA |
| Plaintiff, | |
| v. | ELECTRONICALLY FILED |
| APOTEX INC. and APOTEX CORP. | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Medicines Company and Defendants Apotex Inc. and Apotex Corp. hereby stipulate to dismissal with prejudice of all claims, counterclaims and defenses. Each party shall bear its own fees and costs.

**ORDER**

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, counterclaims and defenses in this matter, including the allegations and averments contained therein, are hereby dismissed, with prejudice.

2. Plaintiff and Defendants each expressly waive any right to appeal or otherwise move for relief from the Stipulation and Order of Dismissal.

3. This Stipulation and Order of Dismissal shall fully resolve this Action between Plaintiff and Defendants.

4. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

This 26th day of April, 2018.

By: s/ David E. De Lorenzi

David E. De Lorenzi
Charles H. Chevalier
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

**and**

Edgar H. Haug
Porter F. Fleming
Angus Chen
**Haug Partners LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Counsel for Plaintiff*
*The Medicines Company*

By: s/ Eric I. Abraham

Eric I. Abraham
Christina L. Saveriano
**Hill Wallack, LLP**
202 Carnegie Center
P.O. Box 5226
Princeton, New Jersey 08543
Telephone: (609) 924-0808

and

Richard T. Ruzich
Ian Scott
**Taft, Stettinius & Hollister LLP**
111 E. Wacker Drive,
Suite 2800,
Chicago IL 60601

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

**IT IS SO ORDERED.**

Date: April 5/1/, 2018

_____
THE HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE